# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-50044
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2019

Lyle W. Cayce
Clerk

REBECCA H. GALLOGLY,

 Plaintiff - Appellant

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA; UNITED STATES ATTORNEY'S OFFICE, Western District of Texas; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;  THE STATE OF TEXAS; TRAVIS COUNTY CRIMINAL COURT; THE CITY OF AUSTIN; CAPITAL AREA PRIVATE DEFENDER SERVICE; 2013 TRAVIS HEIGHTS L.P.; EUREKA MULTIFAMILY GROUP; DOMINIUM APARTMENTS; ATTORNEY MICHAEL BURKE; TRAVIS COUNTY DISTRICT ATTORNEY'S OFFICE,

 Defendants - Appellees

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-571

_____

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

 AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.